UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:09-cv-10803

| | |
|---|---|
| JOYCE ESPINOSA | ) |
| | ) |
|     Plaintiff | ) |
| **vs.** | ) |
| | ) |
| VALENTINE & KEBARTAS, INC., | ) |
|     Defendant | ) |

NOTICE OF DISMISSAL

    Comes the plaintiff, by counsel, pursuant to F.R.Civ.P. 41(a)(1)(i), and dismisses this action with prejudice.

    Respectfully submitted,

/s/ Deborah G. Roher
Deborah G. Roher, BBO #552047
56 N. Main Street, #413
P. O. Box 2984
Fall River, MA  02722
(508) 672-1383 phone
(508) 672-1074 fax
droher@massattorneys.net